ERIC RICHARDSON                                          NO. 24-KH-558

VERSUS                                                   FIFTH CIRCUIT

24TH JUDICIAL DISTRICT COURT PARISH OF                   COURT OF APPEAL
JEFFERSON STATE OF LOUISIANA
                                                         STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

December 02, 2024

Linda Wiseman
First Deputy Clerk

IN RE ERIC RICHARDSON

APPLYING FOR  SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT,
PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE JUNE B.
DARENSBURG, DIVISION "C", NUMBER 16-6969

Panel composed of Judges Susan M. Chehardy,
Stephen J. Windhorst, and Timothy S. Marcel

**WRIT DENIED**

In this *pro se* writ application filed on November 20, 2024, realtor, Eric
Richardson, seeks mandamus relief ordering the trial court to conduct a
preliminary examination in case number 16-6969 in the 24th Judicial District
Court. In support of his claim, relator includes a copy of the trial court's order
stating that the preliminary examination was set for hearing on December 15,
2016. Also enclosed is the December 15, 2016 minute entry continuing the hearing
without date.

A review of the court record shows that the trial court continued the
December 15, 2016 preliminary examination without date because the relator was
not present in court. The record also indicates that fourteen months later, relator
was found guilty of five counts of a variety of drug offenses following a bench trial
on April 18, 2018 and was sentenced on May 22, 2018. When a defendant does not
object to the trial court's failure to rule on a motion before trial, the motion is
considered waived. *State v. Rivera*, 13-673 (La. App. 5 Cir. 1/31/14), 134 So.3d
61, 66.  Furthermore, at that early stage of a case, a finding that the State lacks
probable cause entitles a defendant only to be released from custody or bail and
does not prevent the State from proceeding against him. *See* La. C.Cr.P. art. 296.
Thus, absent a demonstration of prejudice, any issue concerning probable cause is
moot after conviction. *State v. Williams*, 10-1067 (La. App. 5 Cir. 10/25/11), 77
So.3d 394.

In the instant case, relator's convictions and sentences were affirmed by this
Court on September 4, 2019. *State v. Richardson*, 18-717 (La. App. 5 Cir. 9/4/19),
279 So.3d 501, *writ denied*, 19-1722 (La. 7/2/20), 297 So.3d 764.  Relator's writ of

mandamus requesting a preliminary examination approximately four years after his convictions and sentences became final is moot.[1]

Accordingly, relator is not entitled to mandamus relief. The writ application is denied.

Gretna, Louisiana, this 2nd day of December, 2024.

**TSM**
**SMC**
**SJW**

---

[1] To the extent that relator argues that the trial court's failure to hold the preliminary examination constitutes a due process violation, such a claim, raised in a post-conviction context, is time-barred. *See* La. C.Cr.P. art. 930.8(A), which provides in pertinent part: "No application for post-conviction relief including applications which seek an out-of-time appeal, shall be considered if it is filed more than two years after the judgment of conviction and sentence has become final."

24-KH-558

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY <u>12/02/2024</u> TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**24-KH-558**

CURTIS B. PURSELL
CLERK OF COURT

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable June B. Darensburg (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED

Eric Richardson #125418 (Relator)
Rayburn Correctional Center
27268 Highway 21
Angie, LA 70426